| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 5:99-CR-162-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF OFFENDER | DISTRICT EASTERN NORTH CAROLINA | DIVISION | |
|---|---|---|---|
| Joseph L. Johnson, III  KC **FILED** 3-27-08 MAR 27 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE The Honorable James C. Fox | | |
| | DATES OF SUPERVISION → | FROM September 14, 2007 | TO September 13, 2012 |

| OFFENSE | |
|---|---|
| Felony Robbery, Other 99:AOPH-1400.F | 08CR 254 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

JUDGE JOHN W. DARRAH

MAGISTRATE JUDGE MASON

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Northern District of Illinois upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

1/23/08
Date

*[signature]*
Senior U.S. District Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

MAR 2 6 2008
Effective date

*James F. Holderman*
United States District Judge